No. PD-0434&0435-15

IN THE

COURT OF CRIMINAL APPEALS

AUSTIN, TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

APR 17 2015

Abel Acosta, Clerk

Keith Rupert Peteet

V.

THE STATE OF TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 17 2015

Abel Acosta, Clerk

FROM APPEAL No. 05-14-01198-CR + 05-14-01199-CR
TRIAL CAUSE No. F13-00371-L
DALLAS, COUNTY

**FIRST MOTION FOR EXTENSION OF TIME TO FILE
PETITION FOR DISCRETIONARY REVIEW**

TO THE HONORABLE JUDGES OF THE COURT OF APPEALS:

COMES NOW, Keith Rupert Peteet, PETITIONER, AND FILES THIS MOTION FOR AN EXTENSION OF SIXTY(60) DAYS IN WHICH TO FILE A PETITION FOR DISCRETIONARY REVIEW. IN SUPPORT OF THIS MOTION, APPELLANT SHOWS THE COURT THE FOLLOWING:

I.

THE PETITIONER WAS CONVICTED IN THE 5TH CRIMINAL DISTRICT COURT OF DALLAS COUNTY, TEXAS OF THE OFFENSE OF INJURY TO A CHILD IN CAUSE NO. F13-00371-L, STYLED STATE OF TEXAS VS. Keith Rupert Peteet. THE PETITIONER APPEALED TO THE COURT OF APPEALS, FIFTH SUPREME JUDICIAL DISTRICT. THE CASE WAS AFFIRMED ON MARCH 22, 2015.

## II.

THE PRESENT DEADLINE FOR FILING THE PETITION FOR DISCRETIONARY REVIEW IS April 26th, 2015. THE PETITIONER HAS NOT REQUESTED ANY EXTENSION PRIOR TO THIS REQUEST.

## III.

PETITIONER'S REQUEST FOR ANY EXTENSION IS BASED UPON THE FOLLOWING FACTS: PETITIONER WAS NOT INFORMED OF DECISION OF THE COURT OF APPEALS IN AFFIRMING HIS CASE UNTIL April 1st, 2015. HIS SINCE THAT TIME PETITIONER HAS BEEN ATTEMPTING TO GAIN LEGAL REPRESENTATION IN THIS MATTER. HIS ATTORNEY ON THE APPEAL, ALLAN FISHBURD, HAS INFORMED PETITIONER THAT HE WILL NOT REPRESENT HIM ON THE PETITION FOR DISCRETIONARY REVIEW IN CASE No. 05-14-01198-CR TO COURT OF CRIMINAL APPEALS.

Keith Petert
PETITIONER, PRO-SE
TEXAS DEPARTMENT OF CRIMINAL JUSTICE
ROBERTSON UNIT
T.D.C.J. - I.D. # 1944708
12071 F.M. 3522
ABILENE, TEXAS 79601

## CERTIFICATE OF SERVICE

I CERTIFY THAT A TRUE AND CORRECT COPY OF THE ABOVE AND FOREGOING FIRST MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW, HAS BEEN FORWARDED BY U.S. MAIL POSTAGE PRE-PAID, FIRST CLASS TO THE ATTORNEY FOR STATE SHAWN KEEDRA HOUSTON-MARTIN AT 133 N. Riverfront Blvd.-LB-19 Dallas, Texas 75202-4399 AND TO THE STATE PROSECUTING ATTORNEY P.O. Box 12405 Austin, Texas 78711 ON THIS THE 9TH DAY OF APRIL, 2015.

Keith Peterl
PETITIONER, PRO-SE

I, KEITH RUPERT PETSET, T.D.C.J. # 1944708, BEING PRESENTLY INCARCERATED IN THE ROBERTSON UNIT OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE IN TAYLOR COUNTY, TEXAS VERIFY AND DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT. EXECUTED ON THIS THE 9TH DAY OF APRIL, 2015.

Keith Peterl
Robertson Unit T.D.C.J. # 1944708

2 of 2